1  OSWALD B. COUSINS (CA SBN 172239)
   OCousins@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone:    650.813.5600
4

5  Attorneys for Defendant
   TRANSCEND INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | DAVID DUNCAN, an Individual,            | Case No. 4:21-cv-09546-DMR
13 |                    Plaintiff,            | **STIPULATION TO REMAND TO STATE COURT;  ORDER**
14 |         vs.                              |
15 | TRANSCEND, INC.; MINH NGUYEN,            | (Removed from San Francisco Superior Court, Case No. CGC-21-595834)
   | individually; SALOME SHAH, individually; |
16 | and Does 1-25, inclusive,                |
17 |                    Defendant(s).         |

18

19       Subject to the approval by the Court, Plaintiff David Duncan ("Plaintiff") and Defendant

20 Transcend Inc. ("Defendant") (together, the "Parties"), hereby stipulate by and through their

21 counsel to remand this matter to state court as follows:

22
                                    **RECITALS**
23

24       On October 8, 2021, Plaintiff filed this action in the San Francisco Superior court entitled

25 DAVID DUNCAN vs. TRANSCEND, INC.; MINH NGUYEN, SALOME SHAH,; and Does 1-

26 25, Case No. CGC-21-595834.

27       On December 10, 2021, Defendant filed a Notice of Removal with removing this matter to

28 this Court;

STIPULATION TO REMAND TO STATE COURT
sf-4660978                                                                                      1

The Parties have conferred and have agreed to remand of this action to Superior Court of California, County of San Francisco, at which time Plaintiff will dismiss the individually named defendants.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, subject to the Court's approval, that this action shall be remanded to the Superior Court of California, County of San Francisco, with each party bearing its own costs and fees with regard to this remand.

IT IS SO STIPULATED.

Dated:  January 13, 2022            DEREK SMITH LAW GROUP

                                    By: _____
                                        Jorge Hechavarria

                                        Attorneys for Plaintiff
                                        DAVID DUNCAN

Dated:  January 14, 2022            MORRISON & FOERSTER LLP

                                    By:  /s/ Oswald B. Cousins
                                         Oswald B. Cousins

                                        Attorneys for Defendant
                                        TRANSCEND INC.

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.  (Civil Local Rule 5-1(i)(3).)

Dated:  January 14, 2022            MORRISON & FOERSTER LLP

                                    By:  /s/ Oswald B. Cousins
                                         Oswald B. Cousins

                                        Attorneys for Defendant
                                        TRANSCEND INC.

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 19, 2022

_____
The Honorable Donna M. Ryu
United States Magistrate Judge